FILED
2020 Sep-21  AM 09:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Stephanie Gandy, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:20-cv-01137-LCB |
| CBC, LLC, a Tennessee company, | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of her claims against Defendant, hereby stipulates to the dismissal of her claims without prejudice.

Dated:  September 21, 2020

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps    (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 21, 2020, a copy of the foregoing **Notice of Voluntary Dismissal without Prejudice** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Ronald C. Sykstus
Bond, Botes, Sykstus, Tanner
& Ezzell, P.C.
225 Pratt Avenue NE
Huntsville, Alabama 35801

Notice of this filing will also be sent to the following parties via first class U.S. Mail, postage pre-paid, by 5:00 p.m. on September 21, 2020.

C. Steven Ball
Carr Allison
100 Vestavia Parkway
Birmingham, Alabama 35216

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com