# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **STEPHANIE GANDY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | )  Case No.: 3:20-cv-1137-LCB |
| | ) |
| **CBC LLC,** *a Tennessee Company,* | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## MEMORANDUM

The plaintiff filed a complaint on August 7, 2020. (Doc. 1). On September 21, 2020, the plaintiff filed a motion to voluntarily dismiss the case without prejudice. (Doc. 10). A party may voluntarily dismiss a lawsuit without a court order by filing a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The defendant in this case has not filed an answer or a motion for summary judgment.

Because the plaintiff has filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., the "dismissal [was] effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is required." *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990).

The Clerk of Court is therefore **DIRECTED** to close this case. **DONE** and **ORDERED** September 22, 2020.

_____

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE